HENRY W. CUMMINGS, Appellant, v. JOHN DE LISA, Respondent.— Order

denying motion to settle case in form proposed affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper and Lazansky, JJ., concur.